KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

\*\*E-filed 8/1/05\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN L. GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant. | CIVIL NO.  04-05426 JF<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on July 8, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on August 8, 2005.

///
///
///
///
///
///
///

---

[1] See attached Declaration of Sharon Sands.

```
 1     This is defendant's first request.
 2
 3
 4
 5   Dated: July 26, 2005              /s/
                                    JAMES HUNT MILLER
 6                                  Attorney for Plaintiff
 7
                                    KEVIN V. RYAN
 8                                  United States Attorney
 9
10
11
12   Dated: July 26, 2005     By:      /s/
                                    SARA WINSLOW
13                                  Assistant United States Attorney
14
     PURSUANT TO STIPULATION, IT IS SO ORDERED:
15
16
17
18
19   Dated:  7/29/05           /s/electronic signature authorized
                               _____
                                    JEREMY FOGEL
20                                  United States District Judge
21
22
23
24
25
26
27
28

     GARCIA, EXT.MXSJ (ss)
     C 04-05426 JF                         2
```

```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Acting Chief, Civil Division
 3  SARA WINSLOW, CSBN 457643
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102
        Telephone: (415) 436-7260
 6      Facsimile: (415) 436-7169

 7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAREN L. GARCIA, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL NO. C-04-04506 JF |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | DECLARATION IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |
| Defendant. | ) | |

I, Sharon Sands, declare and state as follows:

　　　1.　　I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

　　　2.　　This matter has been recently re-assigned from another attorney in the regional office to me, as the new attorney of record on behalf of the Defendant.

　　　2.　　I am requesting a 30-day extension of time in which to file the Defendant's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2  Executed in San Francisco, California on June 16, 2005.

3
4
5                    By      /s/
                            Sharon Sands
6                            Assistant Regional Counsel

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28